UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEONILA CABERO REBAMONTE, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:23-cv-10810-JDE <br><br> ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $5,800 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation, and Plaintiff's prior Motion for EAJA fees (Dkt. 18) is DENIED as moot.

Dated: September 11, 2024

_____
JOHN D. EARLY
United States Magistrate Judge